1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L. S. F.,

             Plaintiff,

      v.

THE COLLEGE BOARD,

             Defendant.

Case No. 19-cv-06560-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

9       On March 27, 2020 Magistrate Judge Thomas S. Hixson issued a Report and

10 Recommendation, recommending that this case be dismissed without prejudice for failure to

11 prosecute. Dkt. No. 6. As Judge Hixson explained, there is no evidence in the Court's docket that

12 plaintiff served defendant. On March 11, 2020, Judge Hixson issued an Order to Show Cause,

13 requiring plaintiff to explain why the case should not be dismissed for failure to prosecute given

14 the failure to serve. Dkt. No. 5 (warning plaintiff that, "failure to file a written response will be

15 deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed

16 without prejudice." (emphasis in original)). Plaintiff did not respond to the OSC. Therefore, after

17 weighing the appropriate factors, Judge Hixson issued his Report and Recommendation.

18       Objections to the Report and Recommendation were due on April 10, 2020. As of the date

19 of this Order, no objection or other response to the Report and Recommendation has been

20 received.

21       Having reviewed the docket, Judge Hixson's Order to Show Cause, and the Report and

22 Recommendation, I adopt the Report and Recommendation in full. This case is DISMISSED

23 WITHOUT PREJUDICE for failure to prosecute.

24       **IT IS SO ORDERED.**

25 Dated: April 14, 2020

26

27

28

                                     
William H. Orrick
United States District Judge